UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY ALLEN ROETGER,<br><br>            Petitioner,<br><br>    v.<br><br>RON HAYNES,<br><br>            Respondent. | CASE NO. 3:18-CV-05870-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: January 4, 2019 |

The District Court referred this action, filed pursuant to 28 U.S.C. § 2254, to United States Magistrate Judge David W. Christel. Currently pending before the Court is Petitioner's Motion for Leave to Proceed *In Forma Pauperis* ("IFP Application"). Dkt. 3. On November 19, 2018, the Court issued an Order to Show Cause on the IFP Application, noting it appeared Petitioner may have funds sufficient to pay the $5.00 filing fee. Dkt. 4. The Court ordered Petitioner to show cause why his IFP Application should not be denied or pay the $5.00 filing fee by December 19, 2018. *Id.* On December 11, 2018, Petitioner paid the filing fee. *See* Dkt. entry dated December 11, 2018.

REPORT AND RECOMMENDATION - 1

1   Therefore, the undersigned recommends the Court deny Petitioner's IFP Application as
2   moot.
3   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4   fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
5   6.  Failure to file objections will result in a waiver of those objections for purposes of de novo
6   review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
7   imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
8   January 4, 2019, as noted in the caption.
9   Dated this 18th day of December, 2018.

David W. Christel
United States Magistrate Judge