UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY ALLEN ROETGER,

                Petitioner,

v.

RON HAYNES,

                Respondent.

No. 3:18-CV-05870-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation (Dkt. 9) of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's Application to Proceed In Forma Pauperis (Dkt. 3) is denied as moot.

**DATED** this 4th day of January, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1