HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY ALLEN ROETGER, | CASE NO. C18-5870RBL |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 23], Petitioner Roetger's Objections [Dkt. # 24], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Roetger's federal habeas petition under 28 U.S.C. § 2254 is **DENIED**.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation.

1    (4) As the Court denies the Petition and will not issue a Certificate of Appealability, the
2 Court finds Petitioner should not proceed *in forma pauperis* on appeal.
3    IT IS SO ORDERED.
4    Dated this 20th day of September, 2019.

          _____
          Ronald B. Leighton
          United States District Judge